**CHIEF JUSTICE**
  ROGELIO VALDEZ

**JUSTICES**
  NELDA V. RODRIGUEZ
  DORI CONTRERAS GARZA
  GINA M. BENAVIDES
  GREGORY T. PERKES
  NORA L. LONGORIA

**CLERK**
  DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

June 24, 2014

Hon. Jack W. Marr
24th District Court
115 N. Bridge St.
Victoria, TX 77901-6544

Ms. Marnie Gabrysch
Court Reporter
24th District Court
115 N. Bridge Street, Rm 132
Victoria, TX 77901

Mr. Herman Lee Kindred
TDCJ# 671207
McConnell Unit
3001 S. Emily Dr.
Beeville, TX 78102

Hon. Robert E. Bell
District Attorney
115 W. Main Street, Rm. 205
Edna, TX 77957

Re:      Cause No. 13-13-00526-CR
Tr.Ct.No.  13-5-9030
Style:    Herman Lee Kindred v. The State of Texas

Dear Sir/Madam:

      Enclosed please find copy of an order issued by this Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:   Hon. Sharon Mathis, Jackson County District Clerk